BEFORE THE THIRD DIVISION, JANUARY 23, 1958

**No. 61496.**—Davies, Turner & Co. v. United States, protest 301889–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61497.**—Thomas Kenworthy's Sons and American Express Company v. United States, protest 302113–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61498.**—Porath & Magneheim, Inc. v. United States, protest 302187–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

JANUARY 20, 1958

**No. 61499.**—SUIT 4923.—United States v. Mercantil Distribuidora, S. A., et al.—

C. D. 1879 affirmed November 22, 1957. C. A. D. 667.